UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CAPELLA PHOTONICS, INC.
    Plaintiff,

v.

CISCO SYSTEMS, INC.,
    Defendant.

Case No. 14-20529-CIV-SEITZ ✓

---

v.

CIENA CORPORATION and
TELEFONICA, S.A.,
    Defendants.

Case No. 14-20530-CIV-SEITZ

---

v.

FUJITSU NETWORK
COMMUNICATIONS, INC.,
    Defendant.

Case No. 14-20531-CIV-SEITZ

---

v.

TELLABS, INC.,
TELLABS OPERATIONS, INC.,
COLUMBUS NETWORKS USA, INC., and
CORIANT (USA) INC.,
    Defendants.
_____/

Case No. 14-60350-CIV-SEITZ

## ORDER CONSOLIDATING CASES FOR PRETRIAL PURPOSES

All parties have agreed, with various reservations, to pretrial consolidation as to issues common to each of their respective cases. *See* transcript of July 10, 2014, Scheduling Conference, page 97, lines 19-21; *see also* [DE-75 (14-20529); DE-81 (14-20530); DE-64 (14-20531); DE-73 (14-60530)]. Pursuant to such consolidation, parties will coordinate with each other on matters such as *Markman* proceedings, common fact discovery, and expert discovery in order to promote judicial efficiency and reduce costs, time, and resources on the parties, third

1

party witnesses, and on the Court.[1] Upon showing of good cause that a party has a distinct issue not shared with any other party, it may seek leave to express that unique issue or position. The Court agrees that consolidation will promote judicial efficiency as all three cases involve the same patents, '368 and '678. Accordingly, upon review, it is

ORDERED THAT the above referenced cases are CONSOLIDATED for pretrial purposes only.

DONE AND ORDERED in Miami, Florida, this 18 day of July, 2014.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All counsel of record

---

[1] The Court urges parties, in spirit of Rule 1 Fed. R. Civ. P., to also meet and confer to determine if motions for summary judgment can be consolidated to conserve costs to parties and the Court's time.