# U.S. District Court
# Southern District of Florida (Miami)
# CIVIL DOCKET FOR CASE #: 1:14–cv–20529–PAS

Capella Photonics, Inc. v. Cisco Systems, Inc.  
Assigned to: Judge Patricia A. Seitz  
Cause: 35:0271 Patent Infringement

Date Filed: 02/12/2014  
Jury Demand: Defendant  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question

**Plaintiff**

**Capella Photonics, Inc.**     represented by     **Robert D. Becker**  
Manatt, Phelps &Phillips, LLP  
1841 Page Mill Road  
Palo Alto, CA 94304  
650–812–1300  
Email: rbecker@manatt.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Susanna Chenette**  
Manatt, Phelps &Phillips, LLP  
1841 Page Mill Road  
Palo Alto, CA 94304  
650–812–1300  
Email: schenette@manatt.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Adam Diamond**  
Lott &Fischer, PL  
355 Alhambra Circle  
Suite 1100  
Coral Gables, FL 33134  
305–448–7089  
Fax: 305–446–6191  
Email: adiamond@lottfischer.com  
*ATTORNEY TO BE NOTICED*

**Leslie Jean Lott**  
Lott &Fischer, PL  
355 Alhambra Circle  
Suite 1100  
Coral Gables, FL 33134–1098  
305–448–7089  
Fax: 305–446–6191  
Email: LJLott@lottfischer.com  
*ATTORNEY TO BE NOTICED*

**Ury Fischer**  
Lott &Fischer

    355 Alhambra Circle
Suite 1100
Coral Gables, FL 33134–1098
305–448–7089
Fax: 305–446–6191
Email: ufischer@lottfischer.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Cisco Systems, Inc.**      represented by      **Harvey W. Gurland , Jr.**
Duane Morris
200 S Biscayne Boulevard
Suite 3400
Miami, FL 33131
305–960–2214
Fax: 960–2201
Email: hwgurland@duanemorris.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew J. Leary**
Colley, LLP
380 Interlocken Crescent
Suite 900
Broomfield, CO
Email: mleary@cooley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen R. Smith**
Cooley LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004
202–842–7800
Email: stephen.smith@cooley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Wayne O. Stacy**
Cooley, LLP
380 Interlocken Crescent
Suite 900
Broomfield, CO
Email: wstacy@cooley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

| | | |
|---|---|---|
| **Cisco Systems, Inc.** | represented by | **Harvey W. Gurland , Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Matthew J. Leary**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Stephen R. Smith**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Wayne O. Stacy**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Capella Photonics, Inc.** | represented by | **Robert D. Becker**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Susanna Chenette**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Adam Diamond**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Leslie Jean Lott**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Ury Fischer**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Cisco Systems, Inc.** | represented by | **Harvey W. Gurland , Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

|                           |                |                                                                 |
|---------------------------|----------------|-----------------------------------------------------------------|
|                           |                | **Matthew J. Leary**  <br>(See above for address)  <br>*LEAD ATTORNEY*  <br>*ATTORNEY TO BE NOTICED* |
|                           |                | **Stephen R. Smith**  <br>(See above for address)  <br>*LEAD ATTORNEY*  <br>*PRO HAC VICE*  <br>*ATTORNEY TO BE NOTICED* |
|                           |                | **Wayne O. Stacy**  <br>(See above for address)  <br>*LEAD ATTORNEY*  <br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

**Capella Photonics, Inc.**                represented by   **Robert D. Becker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susanna Chenette**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Diamond**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leslie Jean Lott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ury Fischer**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/12/2014 | Ï 1 | COMPLAINT against Cisco Systems, Inc.. Filing fees $ 400.00 receipt number 113C–6481316, filed by Capella Photonics, Inc.. (Attachments: # 1 Civil Cover Sheet, # 2 Summon(s), # 3 Exhibit A – U.S. Patent No. Re42,368, # 4 Exhibit B – U.S. Patent No. Re42,678)(Fischer, Ury) (Entered: 02/12/2014) |
| 02/12/2014 | Ï 2 | Judge Assignment to Judge Jose E. Martinez (bb) (Entered: 02/12/2014) |
| 02/12/2014 | Ï 3 | Summons Issued as to Cisco Systems, Inc. (bb) (Entered: 02/12/2014) |

| | | |
|---|---|---|
| 02/12/2014 | Ï 4 | FORM AO 120 SENT TO DIRECTOR OF U.S. PATENT AND TRADEMARK (bb) (Entered: 02/12/2014) |
| 02/14/2014 | Ï 5 | Corporate Disclosure Statement by Capella Photonics, Inc. (Diamond, Adam) (Entered: 02/14/2014) |
| 02/14/2014 | Ï 6 | Notice of Pendency of Other Action by Capella Photonics, Inc. (Diamond, Adam) (Entered: 02/14/2014) |
| 02/20/2014 | Ï 7 | Order Transferring Case Pursuant to Administrative Order 2011−53. This matter is hereby reassigned to the calendar of United States District Judge Patricia A. Seitz for all further proceedings. Judge Jose E. Martinez no longer assigned to case. Signed by Judge Jose E. Martinez on 2/18/2014. (vp) (Entered: 02/20/2014) |
| 03/04/2014 | Ï 8 | Corporate Disclosure Statement by Cisco Systems, Inc. (Gurland, Harvey) (Entered: 03/04/2014) |
| 03/04/2014 | Ï 9 | Unopposed MOTION for Extension of Time to File Answer RE: Complaints re 1 Complaint, *or Otherwise Respond to the Complaint* by Cisco Systems, Inc.. Attorney Harvey W. Gurland, Jr added to party Cisco Systems, Inc.(pty:dft). (Attachments: # 1 Text of Proposed Order)(Gurland, Harvey) (Entered: 03/04/2014) |
| 03/04/2014 | Ï 10 | SUMMONS (Affidavit) Returned Executed on 1 Complaint, with a 21 day response/answer filing deadline by Capella Photonics, Inc.. Cisco Systems, Inc. served on 2/13/2014, answer due 3/6/2014. (Diamond, Adam) (Entered: 03/04/2014) |
| 03/04/2014 | Ï 11 | MOTION for Robert D. Becker, Esq. to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Filing Fee $ 75.00. Receipt # 74914. (ksa) (Entered: 03/05/2014) |
| 03/04/2014 | Ï 12 | MOTION for Susanna Chenette, Esq. to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Filing Fee $ 75.00. Receipt # 74915. (ksa) (Entered: 03/05/2014) |
| 03/04/2014 | Ï 13 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Wayne O. Stacy. Filing Fee $ 75.00. Receipt # 74923. (ksa) (Entered: 03/05/2014) |
| 03/04/2014 | Ï 14 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Matthew J. Leary. Filing Fee $ 75.00. Receipt # 74922. (ksa) (Entered: 03/05/2014) |
| 03/05/2014 | Ï 15 | ORDER GRANTING Unopposed Motion for Extension of Time to Answer or Otherwise Respond to the Complaint [DE−9]. Defendant shall have up to and including April 7, 2014 to respond to the Complaint. Signed by Judge Patricia A. Seitz on 3/4/2014. (ai00) (Entered: 03/05/2014) |
| 03/20/2014 | Ï 16 | ORDER REQUIRING JOINT SCHEDULING REPORT AND SETTING SCHEDULING AND PLANNING CONFERENCE. Scheduling Conference set for 6/17/2014 10:00 AM before Judge Patricia A. Seitz. Joint Scheduling Report due by 6/9/2014. Signed by Judge Patricia A. Seitz on 3/19/2014. (lbc) (Entered: 03/20/2014) |
| 04/04/2014 | Ï 17 | |

| | | |
|---|---|---|
| | | *Defendant Cisco Systems, Inc.'s* ANSWER and Affirmative Defenses to Complaint with Jury Demand , COUNTERCLAIM against Capella Photonics, Inc. by Cisco Systems, Inc.. (Gurland, Harvey) (Entered: 04/04/2014) |
| 04/04/2014 | Ï 18 | Case Reassignment of Paired Magistrate Judge pursuant to Administrative Order(s) 2013−63 to Magistrate Judge William C. Turnoff. (vp) (Entered: 04/04/2014) |
| 04/04/2014 | Ï 19 | Defendant's MOTION to Change Venue *and Memorandum in Support of Motion to Transfer Venue Pursuant to 28 U.S.C. 1404(a)* by Cisco Systems, Inc.. Responses due by 4/21/2014 (Attachments: # 1 Affidavit Declaration of Ron Johnson, # 2 Affidavit Declaration of Collins Sacks, # 3 Affidavit Declaration of Payson Johnston, # 4 Affidavit Declaration of June Haase, # 5 Affidavit Declaration of Vince Retort, # 6 Affidavit Declaration of Sam Kim, # 7 Affidavit Declaration of Patrick Mumm, # 8 Affidavit Declaration of Matthew Leary, # 9 Exhibit A, # 10 Exhibit B, # 11 Exhibit C, # 12 Exhibit D, # 13 Exhibit E, # 14 Exhibit F, # 15 Exhibit G, # 16 Exhibit H, # 17 Exhibit I, # 18 Exhibit J, # 19 Exhibit K, # 20 Exhibit L, # 21 Exhibit M, # 22 Exhibit N, # 23 Exhibit O, # 24 Exhibit P, # 25 Exhibit Q, # 26 Exhibit R, # 27 Exhibit S, # 28 Exhibit T, # 29 Exhibit U, # 30 Exhibit V, # 31 Exhibit W, # 32 Exhibit X, # 33 Exhibit Y, # 34 Exhibit Z, # 35 Exhibit AA, # 36 Exhibit BB, # 37 Exhibit CC, # 38 Exhibit DD, # 39 Exhibit EE, # 40 Exhibit FF, # 41 Exhibit GG, # 42 Exhibit HH, # 43 Exhibit II, # 44 Exhibit JJ, # 45 Exhibit KK, # 46 Exhibit LL, # 47 Exhibit MM)(Gurland, Harvey) (Entered: 04/04/2014) |
| 04/07/2014 | Ï 20 | ORDER granting 12 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Signed by Judge Patricia A. Seitz on 4/7/2014. (lbc) (Entered: 04/07/2014) |
| 04/07/2014 | Ï 21 | ORDER granting 11 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Signed by Judge Patricia A. Seitz on 4/7/2014. (lbc) (Entered: 04/07/2014) |
| 04/08/2014 | Ï 22 | ORDER granting 14 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Signed by Judge Patricia A. Seitz on 4/7/2014. (lbc) (Entered: 04/08/2014) |
| 04/08/2014 | Ï 23 | ORDER granting 13 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Signed by Judge Patricia A. Seitz on 4/7/2014. (lbc) (Entered: 04/08/2014) |
| 04/18/2014 | Ï 24 | Plaintiff's MOTION for Extension of Time to File Response/Reply as to 19 Defendant's MOTION to Change Venue *and Memorandum in Support of Motion to Transfer Venue Pursuant to 28 U.S.C. 1404(a)* by Capella Photonics, Inc.. (Attachments: # 1 Order Granting Motion for Extension of Time to Respond to Motion to Transfer)(Fischer, Ury) (Entered: 04/18/2014) |
| 04/18/2014 | Ï 25 | NOTICE by Capella Photonics, Inc. *of Filing Infringement Contentions* (Attachments: # 1 Appendix Appendix A − '678, # 2 Appendix Appendix |

| | | |
|---|---|---|
| | | B – '368)(Diamond, Adam) (Entered: 04/18/2014) |
| 04/21/2014 | Ï 26 | ORDER GRANTING Unopposed Motion for Extension of Time to Respond [DE–24]. Capella's Response is due by **April 28, 2014** and Cisco's Reply is due by **May 8, 2014**. Signed by Judge Patricia A. Seitz on 4/21/2014. (ai00) (Entered: 04/21/2014) |
| 04/22/2014 | Ï 27 | ORDER EXTENDING DEADLINES. Signed by Judge Patricia A. Seitz on 4/22/2014. (lbc) (Entered: 04/23/2014) |
| 04/24/2014 | Ï 28 | MOTION to Expedite *Convenience Discovery as to Defendant's Motion to Transfer*, MOTION for Extension of Time to Complete Discovery *prior to Plaintiff Filing its Response in Opposition to Defendant's Motion to Transfer* by Capella Photonics, Inc.. (Attachments: # 1 Exhibit Exhibit A – Declaration of Susanna Chenette in Support, # 2 Exhibit Exhibit 1 to the Declaration)(Diamond, Adam) (Entered: 04/24/2014) |
| 04/25/2014 | Ï 29 | RESPONSE in Opposition re 28 MOTION to Expedite *Convenience Discovery as to Defendant's Motion to Transfer* MOTION for Extension of Time to Complete Discovery *prior to Plaintiff Filing its Response in Opposition to Defendant's Motion to Transfer* filed by Cisco Systems, Inc.. (Gurland, Harvey) (Entered: 04/25/2014) |
| 04/25/2014 | Ï 30 | AMENDED COMPLAINT *for Patent Infringement and Demand for Jury Trial* against Cisco Systems, Inc., filed by Capella Photonics, Inc.. (Attachments: # 1 Exhibit Exhibit A – Unites States Patent Number RE42,368, # 2 Exhibit Exhibit B – Unites States Patent Number RE42,678)(Diamond, Adam) (Entered: 04/25/2014) |
| 04/28/2014 | Ï 31 | ORDER DENYING PLAINTIFF'S MOTION 28 FOR DISCOVERY. Responses due by 4/29/2014. Replies due by 5/9/2014. Signed by Judge Patricia A. Seitz on 4/28/2014. (lbc) (Entered: 04/28/2014) |
| 04/28/2014 | Ï 32 | ORDER denying 28 Motion to Expedite; denying 28 Motion for Extension of Time to Complete Discovery. Plaintiff's Response is due by April 29, 2014 and Defendant's Reply is due by May 9, 2014 to 19 Defendant's MOTION to Change Venue. Signed by Judge Patricia A. Seitz on 4/28/2014. (sk) (Entered: 04/28/2014) |
| 04/28/2014 | Ï | Set/Reset Deadlines as to 19 Defendant's MOTION to Change Venue *and Memorandum in Support of Motion to Transfer Venue Pursuant to 28 U.S.C. 1404(a)*. See 32 Order. Responses due by 4/29/2014 Replies due by 5/9/2014. (sk) (Entered: 04/28/2014) |
| 04/28/2014 | Ï 33 | MOTION TO DISMISS 17 Answer to Complaint, Counterclaim FOR FAILURE TO STATE A CLAIM by Capella Photonics, Inc.. Responses due by 5/15/2014 (Attachments: # 1 Exhibit Exhibit A – Declaration of Susanna Chenette in Support, # 2 Exhibit Exhibit 1 to the Declaration)(Diamond, Adam) (Entered: 04/28/2014) |
| 04/29/2014 | Ï 34 | RESPONSE in Opposition re 19 Defendant's MOTION to Change Venue *and Memorandum in Support of Motion to Transfer Venue Pursuant to 28 U.S.C. 1404(a)* filed by Capella Photonics, Inc.. (Diamond, Adam) (Entered: 04/29/2014) |
| 04/30/2014 | Ï 35 | NOTICE by Capella Photonics, Inc. re 34 Response in Opposition to Motion *of Filing Declaration of Chris Lucas in Support of Capella's* |

| | | |
|---|---|---|
| | | *Response in Opposition* (Attachments: # 1 Exhibit Exhibit 1 – Declaration of Chris Lucas)(Diamond, Adam) (Entered: 04/30/2014) |
| 05/05/2014 | Ï 36 | REPLY to Response to Motion re 19 Defendant's MOTION to Change Venue *and Memorandum in Support of Motion to Transfer Venue Pursuant to 28 U.S.C. 1404(a) (Defendant's Reply in Support of its Motion to Transfer Venue Pursuant to 28 U.S.C. 1404(a))* filed by Cisco Systems, Inc.. (Gurland, Harvey) (Entered: 05/05/2014) |
| 05/08/2014 | Ï 37 | *Defendant Cisco Systems, Inc.'s* ANSWER and Affirmative Defenses to Amended Complaint with Jury Demand *and*, COUNTERCLAIM against Capella Photonics, Inc. by Cisco Systems, Inc.. (Gurland, Harvey) (Entered: 05/08/2014) |
| 05/13/2014 | Ï 38 | WITHDRAWAL of Motion by Capella Photonics, Inc. re 33 MOTION TO DISMISS 17 Answer to Complaint, Counterclaim FOR FAILURE TO STATE A CLAIM filed by Capella Photonics, Inc. *without prejudice* (Diamond, Adam) (Entered: 05/13/2014) |
| 05/19/2014 | Ï 39 | NOTICE by Cisco Systems, Inc. *of Filing Defendant's Preliminary Invalidity Contentions* (Gurland, Harvey) (Entered: 05/19/2014) |
| 05/27/2014 | Ï 40 | MOTION for Court's Order Requiring Joint Scheduling Order re 16 Scheduling Order, *Motion Per Section 3 of the Courts Order Requiring Joint Scheduling Report and Setting Scheduling and Planning Conference* by Capella Photonics, Inc.. (Attachments: # 1 Exhibit Exhibit A – Declaration of Susanna Chenette in Support, # 2 Exhibit Exhibit 1 to the Declaration of Susanna Chenette, # 3 Exhibit Exhibit 2 to the Declaration of Susanna Chenette)(Diamond, Adam) (Entered: 05/27/2014) |
| 05/27/2014 | Ï 41 | NOTICE by Capella Photonics, Inc. re 40 MOTION for Court's Order Requiring Joint Scheduling Order re 16 Scheduling Order, *Motion Per Section 3 of the Courts Order Requiring Joint Scheduling Report and Setting Scheduling and Planning Conference of Filing Declaration of Chris Lucas in Support* (Attachments: # 1 Exhibit Exhibit 1 – Declaration of Chris Lucas)(Diamond, Adam) (Entered: 05/27/2014) |
| 05/29/2014 | Ï 42 | RESPONSE in Opposition re 40 MOTION for Court's Order Requiring Joint Scheduling Order re 16 Scheduling Order, *Motion Per Section 3 of the Courts Order Requiring Joint Scheduling Report and Setting Scheduling and Planning Conference* filed by Cisco Systems, Inc.. (Gurland, Harvey) (Entered: 05/29/2014) |
| 05/29/2014 | Ï 43 | NOTICE by Cisco Systems, Inc. re 42 Response in Opposition to Motion, *of filing Declaration of Matthew J. Leary in Support of Opposition to Motion Per Section 3 of the Court's Order Requiring Joint Scheduling Report and Setting Scheduling and Planning Conference* (Attachments: # 1 Exhibit Declaration of Matthew J. Leary, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Gurland, Harvey) (Entered: 05/29/2014) |
| 06/02/2014 | Ï 44 | RESPONSE/REPLY to 16 Scheduling Order, *(Party Response to Request for Video Recording)* by Cisco Systems, Inc.. (Gurland, Harvey) (Entered: 06/02/2014) |
| 06/02/2014 | Ï 45 | REPLY to Response to Motion re 40 MOTION for Court's Order Requiring Joint Scheduling Order re 16 Scheduling Order, *Motion Per Section 3 of the Courts Order Requiring Joint Scheduling Report and* |

| | | |
|---|---|---|
| | | *Setting Scheduling and Planning Conference* filed by Capella Photonics, Inc.. (Attachments: # 1 Declaration of S. Chenette, # 2 Exhibit Exhibits 1–7 to Chenette Dec.)(Fischer, Ury) (Entered: 06/02/2014) |
| 06/02/2014 | Ï 46 | Plaintiff's MOTION TO DISMISS 37 Answer to Amended Complaint, Counterclaim FOR FAILURE TO STATE A CLAIM by Capella Photonics, Inc.. Responses due by 6/19/2014 (Attachments: # 1 Declaration of S. Chenette, # 2 Exhibit Exhibits 1–2 to Chenette Decl.)(Fischer, Ury) (Entered: 06/02/2014) |
| 06/02/2014 | Ï 47 | Plaintiff's MOTION to Strike 37 Answer to Amended Complaint, Counterclaim *Affirmative Defenses 3–10* by Capella Photonics, Inc.. Responses due by 6/19/2014 (Attachments: # 1 Declaration of S. Chenette, # 2 Exhibit Exhibits 1–2 to Chenette Decl.)(Fischer, Ury) (Entered: 06/02/2014) |
| 06/04/2014 | Ï 48 | ORDER denying 40 Motion to Retain Deadlines. Joint Scheduling Report due by 7/3/2014. Scheduling Conference set for 7/10/2014 10:00 AM in Miami Division before Judge Patricia A. Seitz. (See order for further deadlines). Signed by Judge Patricia A. Seitz on 6/4/2014. (lbc) (Entered: 06/05/2014) |
| 06/10/2014 | Ï 49 | Unopposed MOTION to Amend/Correct 46 Plaintiff's MOTION TO DISMISS 37 Answer to Amended Complaint, Counterclaim FOR FAILURE TO STATE A CLAIM – *Correcting Scrivener's Error in Declaration of S. Chenette* by Capella Photonics, Inc.. Responses due by 6/27/2014 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Text of Proposed Order)(Fischer, Ury) (Entered: 06/10/2014) |
| 06/10/2014 | Ï 50 | Unopposed MOTION to Amend/Correct 47 Plaintiff's MOTION to Strike 37 Answer to Amended Complaint, Counterclaim *Affirmative Defenses 3–10 – Correcting Scrivener's Error in Declaration of S. Chenette* by Capella Photonics, Inc.. Responses due by 6/27/2014 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Text of Proposed Order)(Fischer, Ury) (Entered: 06/10/2014) |
| 06/17/2014 | Ï 51 | MOTION to Stay re 19 Defendant's MOTION to Change Venue *and Memorandum in Support of Motion to Transfer Venue Pursuant to 28 U.S.C. 1404(a) (Motion and Memorandum in Support of Motion to Stay Pending Resolution of Motion to Transfer Venue)* by Cisco Systems, Inc.. Responses due by 7/7/2014 (Gurland, Harvey) (Entered: 06/17/2014) |
| 06/17/2014 | Ï 52 | AFFIDAVIT signed by : Matthew J. Leary. re 51 MOTION to Stay re 19 Defendant's MOTION to Change Venue *and Memorandum in Support of Motion to Transfer Venue Pursuant to 28 U.S.C. 1404(a) (Motion and Memorandum in Support of Motion to Stay Pending Resolution of Motion to Trans (Declaration of Matthew J. Leary in Support of Motion to Stay Pending Resolution of Motion to Transfer Venue)* by Cisco Systems, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Gurland, Harvey) (Entered: 06/17/2014) |
| 06/17/2014 | Ï 53 | MOTION for Hearing re 52 Affidavit,, 51 MOTION to Stay re 19 Defendant's MOTION to Change Venue *and Memorandum in Support of Motion to Transfer Venue Pursuant to 28 U.S.C. 1404(a) (Motion and Memorandum in Support of Motion to Stay Pending Resolution of Motion to Trans (Request for Hearing and Oral Argument on its Motion to Stay* |

| | | |
|---|---|---|
| | | *Pending Resolution of Motion to Transfer Venue)* by Cisco Systems, Inc.. (Gurland, Harvey) (Entered: 06/17/2014) |
| 06/19/2014 | Ï 54 | RESPONSE in Opposition re 47 Plaintiff's MOTION to Strike 37 Answer to Amended Complaint, Counterclaim *Affirmative Defenses 3–10 (Defendant's Opposition to Plaintiff's Motion to Strike Affirmative Defenses Including Unenforceability Due to Inequitable Conduct)* filed by Cisco Systems, Inc.. (Gurland, Harvey) (Entered: 06/19/2014) |
| 06/19/2014 | Ï 55 | AFFIDAVIT signed by : Matthew J. Leary. re 54 Response in Opposition to Motion, *(Declaration of Matthew J. Leary in Support of Defendant's Memorandum in Opposition to Plaintiff's Motion to Strike Affirmative Defenses, Including Unenforceability Due to Inequitable Conduct)* by Cisco Systems, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Gurland, Harvey) (Entered: 06/19/2014) |
| 06/19/2014 | Ï 56 | MOTION for Hearing re 54 Response in Opposition to Motion, 55 Affidavit, 47 Plaintiff's MOTION to Strike 37 Answer to Amended Complaint, Counterclaim *Affirmative Defenses 3–10 (Defendant's Request for Hearing and Oral Argument on Plaintiff's Motion to Strike Affirmative Defenses of Unenforceability Due to Inequitable Conduct)* by Cisco Systems, Inc.. (Gurland, Harvey) (Entered: 06/19/2014) |
| 06/19/2014 | Ï 57 | RESPONSE in Opposition re 46 Plaintiff's MOTION TO DISMISS 37 Answer to Amended Complaint, Counterclaim FOR FAILURE TO STATE A CLAIM *(Defendant's Memorandum in Opposition to Plaintiff's Motion to Dismiss Counterclaim Alleging Unfair Competition Under California Business and Professions Code Section 17200)* filed by Cisco Systems, Inc.. (Gurland, Harvey) (Entered: 06/19/2014) |
| 06/19/2014 | Ï 58 | AFFIDAVIT signed by : Matthew J. Leary. re 57 Response in Opposition to Motion, *(Declaration of Matthew J. Leary in Support of Defendant's Memorandum in Opposition to Plaintiff's Motion to Dismiss Counterclaim Alleging Unfair Competition Under California Business and Professions Code Section 17200)* by Cisco Systems, Inc. (Attachments: # 1 Exhibit A)(Gurland, Harvey) (Entered: 06/19/2014) |
| 06/19/2014 | Ï 59 | MOTION for Hearing re 58 Affidavit, 46 Plaintiff's MOTION TO DISMISS 37 Answer to Amended Complaint, Counterclaim FOR FAILURE TO STATE A CLAIM , 57 Response in Opposition to Motion, *(Defendant's Request for Hearing and Oral Argument on Plaintiff's Motion to Dismiss Counterclaim Alleging Unfair Competition Under California Business and Professions Code Section 17200)* by Cisco Systems, Inc.. (Gurland, Harvey) (Entered: 06/19/2014) |
| 06/26/2014 | Ï 60 | Defendant's MOTION for Leave to File *(Motion for Leave to Supplement Motion to Transfer with New Evidence)* by Cisco Systems, Inc.. (Attachments: # 1 Supplement to its Motion to Transfer Venue, # 2 Affidavit Declaration of Matthew J. Leary in Support of Defendant's Supplement to Motion to Transfer, # 3 Exhibit A to Declaration of Matthew J. Leary, # 4 Exhibit B to Declaration of Matthew J. Leary)(Gurland, Harvey) (Entered: 06/26/2014) |
| 06/30/2014 | Ï 61 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Stephen R. Smith. Filing Fee $ 75. Receipt # 81996. (cw) (Entered: 06/30/2014) |

| | | |
|---|---|---|
| 06/30/2014 | Ï 62 | NOTICE by Capella Photonics, Inc. re 48 Order on Motion for Miscellaneous Relief, *Joint Notice of Claim Terms Genuinely in Dispute* (Diamond, Adam) (Entered: 06/30/2014) |
| 06/30/2014 | Ï 63 | REPLY to Response to Motion re 47 Plaintiff's MOTION to Strike 37 Answer to Amended Complaint, Counterclaim *Affirmative Defenses 3–10* filed by Capella Photonics, Inc.. (Diamond, Adam) (Entered: 06/30/2014) |
| 06/30/2014 | Ï 64 | REPLY to Response to Motion re 46 Plaintiff's MOTION TO DISMISS 37 Answer to Amended Complaint, Counterclaim FOR FAILURE TO STATE A CLAIM filed by Capella Photonics, Inc.. (Diamond, Adam) (Entered: 06/30/2014) |
| 07/01/2014 | Ï 65 | ORDER granting 61 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Signed by Judge Patricia A. Seitz on 7/1/2014. (lbc) (Entered: 07/01/2014) |
| 07/02/2014 | Ï 66 | NOTICE by Cisco Systems, Inc. re 48 Order on Motion for Miscellaneous Relief, *(Defendant Cisco Systems, Inc.'s Notice Concerning Pending Matters)* (Gurland, Harvey) (Entered: 07/02/2014) |
| 07/03/2014 | Ï 67 | SCHEDULING REPORT – **Rule 16.1** by Capella Photonics, Inc. (Diamond, Adam) (Entered: 07/03/2014) |
| 07/07/2014 | Ï 68 | RESPONSE in Opposition re 51 MOTION to Stay re 19 Defendant's MOTION to Change Venue *and Memorandum in Support of Motion to Transfer Venue Pursuant to 28 U.S.C. 1404(a) (Motion and Memorandum in Support of Motion to Stay Pending Resolution of Motion to Trans* filed by Capella Photonics, Inc.. (Diamond, Adam) (Entered: 07/07/2014) |
| 07/08/2014 | Ï 69 | ORDER granting Cisco's Motion for Leave to Supplement [DE−60]. Cisco need not re−file the supplement or its exhibits. Signed by Judge Patricia A. Seitz on 7/8/2014. (ai00) (Entered: 07/08/2014) |
| 07/08/2014 | Ï 70 | ORDER granting Unopposed Motion to Correct Declaration [DE−49]. The Original Declaration [DE−46−1] is hereby stricken and the Corrected Declaration [DE−49−2] is substituted in its place. Signed by Judge Patricia A. Seitz on 7/8/2014. (ai00) (Entered: 07/08/2014) |
| 07/08/2014 | Ï 71 | ORDER granting Unopposed Motion to Correct Declaration [DE−50]. The Original Declaration [DE−47−1] is hereby stricken and the Corrected Declaration [DE−50−2] is substituted in its place. Signed by Judge Patricia A. Seitz on 7/8/2014. (ai00) (Entered: 07/08/2014) |
| 07/09/2014 | Ï 72 | ORDER denying Motion to Stay [DE−51] and setting agenda for scheduling conference. See Order for details. Signed by Judge Patricia A. Seitz on 7/9/2014. (ai00) (Entered: 07/09/2014) |
| 07/10/2014 | Ï 73 | Minute Entry for proceedings held before Judge Patricia A. Seitz: Scheduling Conference/Pending Motions held on 7/10/2014. Court Reporter: Lisa Edwards, 305−523−5499 / Lisa_Edwards@flsd.uscourts.gov (wc) (Entered: 07/10/2014) |
| 07/14/2014 | Ï 74 | ORDER FOLLOWING SCHEDULING CONFERENCE. Granting 47 Motion to Strike ; denying as moot 53 Motion for Hearing; denying as moot 56 Motion for Hearing. Responses due by 7/16/2014. Signed by |

| | | |
|---|---|---|
| | | Judge Patricia A. Seitz on 7/14/2014. (lbc) (Entered: 07/14/2014) |
| 07/16/2014 | Ï 75 | NOTICE by Cisco Systems, Inc. *(Notice Regarding Consolidation for Pretrial Purposes)* (Gurland, Harvey) (Entered: 07/16/2014) |
| 07/18/2014 | Ï 76 | ORDER CONSOLIDATING CASES FOR PRETRIAL PURPOSES re 75 Notice filed by Cisco Systems, Inc. Signed by Judge Patricia A. Seitz on 7/18/2014. (lbc) (Entered: 07/21/2014) |
| 07/23/2014 | Ï 77 | ORDER GRANTING 19 DEFENDANTS' MOTIONS TO TRANSFER. Signed by Judge Patricia A. Seitz on 7/23/2014. (lbc) (Entered: 07/23/2014) |