1  [Counsel Information Listed On Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPELLA PHOTONICS, INC., <br> Plaintiff, <br> v. <br> TELLABS OPERATIONS, INC. AND CORIANT (USA) INC., <br> Defendants. | Lead Case No. 3:14-cv-03348-EMC <br><br> No. 3:14-cv-03350-EMC (related case) <br><br> JOINT STIPULATION TO EXTEND CLAIM CONSTRUCTION DEADLINES AND [PROPOSED] ORDER <br><br> Judge Edward M. Chen |
| CAPELLA PHOTONICS, INC., <br> Plaintiff, <br> v. <br> CISCO SYSTEMS, INC., <br> Defendant. | No. 3:14-cv-03348-EMC |
| CAPELLA PHOTONICS, INC., <br> Plaintiff, <br> v. <br> FUJITSU NETWORK COMMUNICATIONS, INC., <br> Defendant. | No. 3:14-cv-03349-EMC (related case) |
| CAPELLA PHOTONICS, INC., <br> Plaintiff, <br> v. <br> CIENA CORPORATION, <br> Defendant. | No. 3:14-cv-03351-EMC (related case) |

Plaintiff Capella Photonics, Inc. ("Capella"), and Defendants Tellabs Operations, Inc. ("Tellabs"), Coriant (USA) Inc. ("Coriant"), Cisco Systems, Inc. ("Cisco"), Fujitsu Network Communications, Inc. ("FNC"), and Ciena Corporation ("Ciena"), by and through

1   their respective counsel, respectfully submit this Joint Stipulation to Extend Claim
2   Construction Briefing.
3       On October 7, 2014, the Court originally set deadlines for claim construction. Dkt.
4   122. On January 13, 2015, the Court modified the schedule to set the following deadlines:

> **Claim Construction Opening Brief: February 23, 2015**
> **Claim Construction Opposition Brief: March 9, 2015**
> **Claim Construction Reply Brief: March 16, 2015**
> **Tutorial: April 3, 2015 (2:30 p.m.)**
> **Claim Construction Hearing: April 13, 2015 (2:30 p.m.)**

8   Dkt. 152.

9       The parties bring this joint stipulation to extend those dates because of the pending
10  motion by Cisco Systems Inc. to stay these consolidated cases pending the Patent and
11  Trademark Office's decision to institute *inter partes review* ("IPR") proceedings on the
12  patents-in-suit. Dkt. 161; 164. Cisco's motion is currently set for hearing on March 12,
13  2015. Dkt. 163.
14      Good cause exists to postpone claim construction briefing until after the decision on
15  Cisco's motion to stay because of the interest in judicial efficiency and economy. As the
16  schedule currently stands, the briefing schedule for Claim Construction overlaps with the
17  briefing schedule for Cisco's motion to stay. If the Court grants Cisco's motion, in light of
18  the pending IPR proceeding, the Claim Construction briefing and subsequent tutorial and
19  hearing will become moot. If the Court denies Cisco's motion, the parties may resume
20  Claim Construction briefing without any additional effect to the case schedule.
21      Based on calendar dates, the parties request that the Court grant an order amending
22  the upcoming claim construction deadlines as follows:

> **Claim Construction Opening Brief: March 26, 2015**
> **Claim Construction Opposition Brief: April 9, 2015**
> **Claim Construction Reply Brief: April 16, 2015**
> Tutorial 5/1/15 at 2:30 p.m.   Claim construction hearing: 5/18/15 at 2:30 p.m.

25  The movants further request that the tutorial scheduled for April 3, 2015, and the claim
26  construction hearing set for April 13, 2015, be vacated and reset depending on the court's
27  convenience. No deadlines have been set in this case beyond the claim construction
28

1  hearing, so the requested time modification would have no additional effects on the case
2  schedule.

3                                          Respectfully submitted,

4  Dated: February 23, 2015.          PILLSBURY WINTHROP SHAW PITTMAN LLP
                                      COLIN T. KEMP
5                                     STEPHEN E. BERGE
                                      4 Embarcadero Center, 22nd Floor
6                                     San Francisco, CA  94111

7
                                      BANNER & WITCOFF, LTD.
8                                     V. BRIAN MEDLOCK JR.
                                      THOMAS K. PRATT
9                                     J. PIETER VAN ES
                                      TIMOTHY J. RECHTIEN
10                                    10 South Wacker Drive, Suite 3000
                                      Chicago, IL 60606
11

12

13                                    By: _____/s/ Stephen E. Berge_____
                                                 Stephen E. Berge
14                                    Attorneys for Defendant TELLABS OPERATIONS,
                                      INC. AND CORIANT (USA) INC.
15 Dated: February 23, 2015.          MANATT, PHELPS & PHILLIPS, LLP
                                      ROBERT D. BECKER (Bar No. CA 160648)
16                                    E-mail: rbecker@manatt.com
17                                    SUSANNA L. CHENETTE (Bar No. CA 257914)
                                      E-mail: schenette@manatt.com
18                                    1841 Page Mill Road, Suite 200
                                      Palo Alto, CA 94304
19                                    Telephone: (650) 812-1300
20                                    Facsimile: (650) 213-0260

21                                    By: _____/s/ Robert D. Becker_____
                                                 Robert D. Becker
22                                    Attorneys for Plaintiff CAPELLA PHOTONICS, INC.

23
   Dated: February 20, 2015.          COOLEY LLP
24                                    WAYNE O. STACY (pro hac vice)
                                      SARAH J. GUSKE (SBN 232467)
25                                    MATTHEW J. LEARY (pro hac vice)
                                      380 Interlocken Crescent, Suite 900
26                                    Broomfield, CO 80021
                                      Telephone: (720) 566-4000
27                                    Facsimile: (720) 566-4099

28                                    By:_____/s/ Matthew J. Leary_____
                                                 Matthew J. Leary

| | | |
|---|---|---|
| 1 | Dated: February 23, 2015. | Attorneys for Defendant CISCO SYSTEMS, INC.<br>Ashlee Lin (CA Bar No. 275267)<br>ashlee.lin@milbank.com<br>MILBANK, TWEED, HADLEY & McCLOY LLP<br>601 South Figueroa Street<br>30th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 892-4459<br>Fax: (213) 629-5063<br><br>Christopher E. Chalsen*<br>cchalsen@milbank.com<br>Nathaniel T. Browand*<br>nbrowand@milbank.com<br>Suraj K. Balusu*<br>sbalusu@milbank.com<br>MILBANK, TWEED, HADLEY & McCLOY LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Tel: (212) 530-5380<br>Fax: (212) 822-5380<br>* admitted pro hac vice<br><br>By:  /s/ Nathaniel T. Broward<br>         Nathaniel T. Broward<br>Attorneys for Defendant FUJITSU NETWORK COMMUNICATIONS, INC. |
| | Dated: February 23, 2015. | MICHELLE P. WOODHOUSE (Bar No. 260669)<br>michelle.woodhouse@lw.com<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br><br>MATTHEW JOHN MOORE (pro hac vice)<br>matthew.moore@lw.com<br>ELIZABETH V. JOHNSON (pro hac vice)<br>elizabeth.johnson@lw.com<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004-1304<br>Telephone: (202) 637-2200<br>Facsimile: (202) 637-2201<br><br>CLEMENT NAPLES (pro hac vice)<br>clement.naples@lw.com<br>CHI CHEUNG (pro hac vice) |

```
                         chi.cheung@lw.com
                         LATHAM & WATKINS LLP
                         885 Third Avenue
                         New York, NY 10022-4834
                         Telephone: (212) 906-1200
                         Facsimile: (212) 751-4864

                         By:      /s/ Michelle Woodhouse
                                  Michelle Woodhouse
                         Attorneys for Defendant CIENA CORPORATION
```

ATTESTATION

I HEREBY ATTEST THAT, pursuant to Local Rule 5-1(i)(3), concurrence in the filing of the document has been obtained from the other Signatories for the conformed signature within this electronically filed document.

Dated:  February 23, 2015.         PILLSBURY WINTHROP SHAW PITTMAN LLP
                                   STEPHEN E. BERGE

                                   By:      /s/ Stephen E. Berge
                                            Stephen E. Berge
                                   Attorneys for Defendant TELLABS OPERATIONS,
                                   INC. AND CORIANT (USA) INC.

IT IS SO ORDERED AS MODIFIED ABOVE
_____
Edward M. Chen
U.S. District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED AS MODIFIED" signed Judge Edward M. Chen]*