[Counsel information listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPELLA PHOTONICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>Defendant. | Case No. 3:14-CV-03348-EMC<br><br>**UPDATED JOINT STATUS REPORT, STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE, AND [PROPOSED] ORDER** |
| CAPELLA PHOTONICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FUJITSU NETWORK COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 3:14-CV-03349-EMC<br>(related case) |
| CAPELLA PHOTONICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TELLABS OPERATIONS, INC. AND CORIANT (USA) INC.,<br><br>Defendants. | Case No. 3:14-CV-03350-EMC<br>(related case) |
| CAPELLA PHOTONICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CIENA CORPORATION,<br><br>Defendant. | Case No. 3:14-CV-03351-EMC<br>(related case) |

1    Lead counsel for Plaintiff Capella Photonics, Inc. ("Capella" or "Plaintiff"), and
2    Defendants Cisco Systems, Inc. ("Cisco"), Ciena Corporation ("Ciena"),  Fujitsu Network
3    Communications, Inc. ("FNC"), Coriant Operations, Inc. (formerly Tellabs Operations, Inc.), and
4    Coriant (USA) Inc. (Coriant entities collectively "Coriant") (collectively "Defendants") (together
5    with Plaintiff, "the parties") submit this Updated Joint Status Report for the above-captioned
6    cases (collectively, the "Related Actions") pursuant to the Court's March 6, 2015 Order staying
7    the Related Actions (Dkt. No. 172) and the November 5, 2015 Clerk's Notice (Dkt. No. 174).

8    Pursuant to the Court's March 6, 2015 Order, the Related Actions are "stayed in their
9    entirety pending final exhaustion of the relevant review proceedings, including any appeals."
10   (Dkt. No. 172 at 6).  The parties hereby apprise the Court of the status of the *inter partes* review
11   proceedings initiated by Cisco and additional *inter partes* review proceedings concerning the
12   Patents in Suit pending in the United States Patent & Trademark Office (Patent Office).

13   **I.    STATUS OF THE IPR PROCEEDINGS**

14   On July 15, 2014, Cisco filed a petition for *inter partes* review (IPR2014-01166) on the
15   '368 patent. Cisco filed a petition (IPR2014-01276) on the '678 patent less than a month later.
16   The two IPR petitions addressed every asserted claim against each of the Defendants. The Patent
17   Office joined Ciena, FNC, and Coriant in these two IPR proceedings. The Patent Office issued
18   Final Written Decisions on January 28, 2016 in IPR2014-01166 and on February 17, 2016 in
19   IPR2014-01276. The Patent Office found unpatentable every claim asserted in this litigation.
20   Capella has filed requests for rehearing in both IPRs.

21   On August 24, 2015, the Patent Office instituted FNC's *inter partes* review (IPR2015-
22   00726) involving the '368 patent and FNC's *inter partes* review (IPR2015-00727) involving the
23   '678 patent. Ciena and Coriant moved to join these IPRs on September 24, 2015. The Patent
24   Office on March 21, 2016 joined Ciena and Coriant in FNC's IPR2015-00727 involving the '678
25   patent. The Patent Office's decision on Ciena and Coriant's motion to join FNC's IPR2015-
26   00726 involving the '368 patent is due by March 30, 2016. Under the current schedule, the Patent
27   Office will issue Final Written Decisions in these IPRs by August 24, 2016.

28   On August 25, 2015, the Patent Office instituted *inter partes* review (IPR2015-00731) for

1  the '368 patent and *inter partes* review (IPR2015-00739) for the '678 patent based on petitions
2  filed by non-party JDS Uniphase Corporation (JDSU) (now called "Lumentum"). The Patent
3  Office joined Cisco, Ciena, FNC, and Coriant in these two IPR proceedings. Under the current
4  schedule, the Patent Office will issue Final Written Decisions in these IPRs by August 25, 2016.

## II. STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE

Given the status of the IPR proceedings, the Parties propose and stipulate to continuing the Case Management Conference, currently scheduled for April 7, 2016 (Dkt. No. 174), until September 15, 2016, or such other date as the Court may wish. The Parties further propose and stipulate to filing an updated joint status report on September 1, 2016. A [Proposed] Order continuing the Case Management Conference in light of the foregoing stipulation is attached hereto.

| | | |
|---|---|---|
| 1 | Dated: March 24, 2016 | MANATT, PHELPS, & PHILLIPS, LLP |
| 2 | | By: /s/ Robert D. Becker w/ permission |
| 3 | | Robert D. Becker<br>Attorneys for Plaintiff<br>*Capella Photonics, Inc.* |
| 4 | Dated: March 24, 2016 | COOLEY LLP |

```
 5
 6
 7                                         /s/ Sarah J. Guske
                                          Wayne O. Stacy (pro hac vice)
 8                                        Sarah J. Guske (SBN 232467)
                                          380 Interlocken Crescent, Suite 900
                                          Broomfield, CO 80021
 9                                        Telephone: (720) 566-4000
                                          Facsimile: (720) 566-4099
10
                                          Attorneys for Defendant CISCO SYSTEMS, INC.
11
                                           /s/ Nathaniel T. Browand w/ permission
12                                        Mark C. Scarsi (SBN 183926)
                                          mscarsi@milbank.com
13                                        Ashlee Lin (SBN 275267)
                                          ashlee.lin@milbank.com
14                                        MILBANK, TWEED, HADLEY
                                            & McCLOY LLP
15                                        601 South Figueroa Street, 30th Floor
                                          Los Angeles, CA 90017
16                                        Tel: (213) 892-4459
                                          Fax: (213) 629-5063
17
                                          Nathaniel T. Browand*
18                                        nbrowand@milbank.com
                                          MILBANK, TWEED, HADLEY
19                                          & McCLOY LLP
                                          28 Liberty Street
20                                        New York, NY 10005
                                          Tel: (212) 530-5000
21                                        Fax: (212) 530-5219
                                          * admitted pro hac vice
22
                                          Attorneys for Defendant,
23                                        Fujitsu Network Communications, Inc.

24
                                          By: /s/ J. Pieter van Es w/ permission
25                                        PILLSBURY WINTHROP SHAW PITTMAN LLP
                                          COLIN T. KEMP (SBN 215408)
26                                        colin.kemp@pillsburylaw.com
                                          STEPHEN E. BERGE (SBN 274329)
27                                        stephen.berge@pillsburylaw.com
28                                        4 Embarcadero Center, 22nd Floor
```

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. C 14-03348-EMC           4           **JOINT STATUS REPORT, STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC**

|   |   |
|---|---|
| 1 | San Francisco, CA 94111 |
|   | Telephone: (415) 983-1000 |
| 2 | Facsimile: (415) 983-1200 |

BANNER & WITCOFF, LTD.
V. BRYAN MEDLOCK, JR.*
bmedlock@bannerwitcoff.com
J. PIETER VAN ES (CBN 250524)
pvanes@bannerwitcoff.com
THOMAS K. PRATT*
tpratt@bannerwitcoff.com
TIMOTHY J. RECHTIEN*
trechtien@bannerwitcoff.com
10 South Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001
* admitted pro hac vice
***Attorneys for Defendants Coriant Operations, Inc. (formerly Tellabs Operations, Inc.) and Coriant (USA) Inc.***

/s/ *Michelle P. Woodhouse w/ permission*
Michelle P. Woodhouse (Bar No. 260669)
E-mail: michelle.woodhouse@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025

Matthew Moore*
E-mail: matthew.moore@lw.com
Elizabeth Johnson*
E-mail: elizabeth.johnson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
202-637-2200

Clement Naples*
E-mail: clement.naples@lw.com
Chi Cheung*
E-mail: chi.cheung@lw.com
LATHAM & WATKINS LLP
885 Third Ave
New York, NY 10022
212-906-1200
* pro hac vice
Attorneys for Defendant Ciena Corporation

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Sarah J. Guske, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed Thursday, March 24, 2016.

/s/ *Sarah J. Guske*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPELLA PHOTONICS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CISCO SYSTEMS, INC.,<br><br>　　　　　Defendant. | Case No. 3:14-CV-03348-EMC<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| CAPELLA PHOTONICS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FUJITSU NETWORK COMMUNICATIONS, INC.,<br><br>　　　　　Defendant. | Case No. 3:14-CV-03349-EMC<br>(related case) |
| CAPELLA PHOTONICS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TELLABS OPERATIONS, INC. AND CORIANT (USA) INC.,<br><br>　　　　　Defendants. | Case No. 3:14-CV-03350-EMC<br>(related case) |
| CAPELLA PHOTONICS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CIENA CORPORATION,<br><br>　　　　　Defendant. | Case No. 3:14-CV-03351-EMC<br>(related case) |

Case No. C 14-03348-EMC    1

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Pursuant to the Parties' stipulated request to continue the April 7, 2016 Case Management Conference, and for good cause appearing, it is so Ordered.

1. The Case Management Conference is continued until September 15, 2016.
2. The parties shall submit an updated joint status report on September 1, 2016.

Dated: March 31, 2016

_____
HON. EDWARD CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

Case No. C 14-03348-EMC                    2