1  [Counsel Information Listed On Signature Page]

2

3                    UNITED STATES DISTRICT COURT

4                   NORTHERN DISTRICT OF CALIFORNIA

5                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 6  CAPELLA PHOTONICS, INC., | No. 3:14-CV-03348-EMC |
| 7             Plaintiff, | |
| 8       v. | **UPDATED JOINT STATUS REPORT, STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE, AND [PROPOSED] ORDER** |
| 9  CISCO SYSTEMS, INC., | |
| 10            Defendant. | |
| 11 | |
| CAPELLA PHOTONICS, INC., | No. 3:14-CV-03349-EMC |
| 12            Plaintiff, | (related case) |
| 13       v. | |
| 14 FUJITSU NETWORK COMMUNICATIONS, INC., | |
| 15            Defendant. | |
| 16 | |
| 17 CAPELLA PHOTONICS, INC., | No. 3:14-CV-03350-EMC |
| 18            Plaintiff, | (related case) |
| 19       v. | |
| 20 TELLABS OPERATIONS, INC. AND CORIANT (USA) INC., | |
| 21            Defendant. | |
| 22 | |
| 23 | |
| CAPELLA PHOTONICS, INC., | No. 3:14-CV-03351-EMC |
| 24            Plaintiff, | (related case) |
| 25       v. | |
| 26 CIENA CORPORATION, | |
| 27            Defendant. | |
| 28 | |

Lead counsel for Plaintiff Capella Photonics, Inc. ("Capella" or "Plaintiff"), and Defendants Cisco Systems, Inc. ("Cisco"), Ciena Corporation ("Ciena"), Fujitsu Network Communications, Inc. ("FNC"), Coriant Operations, Inc. (formerly Tellabs Operations, Inc.), and Coriant (USA) Inc. (Coriant entities collectively "Coriant") (collectively "Defendants") (together with Plaintiff, "the parties") submit this Updated Joint Status Report for the above-captioned cases (collectively, the "Related Actions") pursuant to the Court's March 31, 2016 Order (Dkt. No. 176) and the August 29, 2016 Clerk's Notice (Dkt. No. 177).

Pursuant to the Court's March 6, 2015 Order, the Related Actions are "stayed in their entirety pending final exhaustion of the relevant review proceedings, including any appeals." (Dkt. No. 172 at 6). The parties hereby apprise the Court of the status of the inter partes review ("IPR") proceedings initiated by Cisco and additional inter partes review proceedings concerning the Patents in Suit (U.S. Patent Nos. RE42,368 ("'368 Patent") and RE42,678 ("'678 Patent")).

## I.    STATUS OF THE IPR PROCEEDINGS

On July 15, 2014, Cisco filed a petition at the United States Patent & Trademark Office (Patent Office) for inter partes review (IPR2014-01166) on the '368 patent. Cisco filed a petition (IPR2014-01276) on the '678 patent less than a month later. The two IPR petitions addressed every asserted claim against each of the Defendants. The Patent Office joined Ciena, FNC, and Coriant in these two IPR proceedings. The Patent Office issued Final Written Decisions on January 28, 2016 in IPR2014-01166 and on February 17, 2016 in IPR2014-01276. The Patent Office found unpatentable every claim asserted in this litigation. Capella filed requests for rehearing in both IPRs. The Patent Office denied the requests for rehearing. Capella filed a notice of appeal to the Court of Appeals for the Federal Circuit. The Federal Circuit docketed and consolidated the appeals but no briefing has yet been submitted. Capella's opening brief is due November 7, 2016.

On August 24, 2015, the Patent Office instituted FNC's inter partes review (IPR2015-00726) involving the '368 patent and FNC's inter partes review (IPR2015-00727) involving the '678 patent. The Patent Office joined Ciena and Coriant in these two IPR proceedings.

1 | The parties are waiting for the Patent Office to issue Final Written Decisions in these IPRs, which are fully briefed and argued.

On August 25, 2015, the Patent Office instituted inter partes review (IPR2015-00731) for the '368 patent and inter partes review (IPR2015-00739) for the '678 patent based on petitions filed by non-party JDS Uniphase Corporation (JDSU) (now called "Lumentum"). The Patent Office joined Cisco, Ciena, FNC, and Coriant in these two IPR proceedings. The parties are waiting for the Patent Office to issue Final Written Decisions in these IPRs, which are fully briefed and argued.

## II. STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE

Given the status of the pending IPR proceedings and appeals, the Parties propose and stipulate to continuing the Case Management Conference, currently scheduled for September 22, 2016 (Dkt. No. 177), until March 20, 2017, or such other date as the Court may wish. The Parties further propose and stipulate to filing an updated joint status report on March 13, 2017. A [Proposed] Order continuing the Case Management Conference in light of the foregoing stipulation is attached hereto.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  September 15, 2016 | MANATT, PHELPS, & PHILLIPS, LLP |
| 3 | | By: /s/ Robert D. Becker w/ permission<br>Robert D. Becker |
| 4 | | Attorneys for Plaintiff<br>*Capella Photonics, Inc.* |
| 5 | | |
| 6 | Dated:  September 15, 2016 | BAKER BOTTS LLP |
| 7 | | */s/ Sarah J. Guske*<br>Sarah J. Guske (SBN 232467) |
| 8 | | 101 California Street, 30th Fl., Suite 3070<br>San Francisco, CA 94111 |
| 9 | | Telephone: (415) 291-6205<br>Facsimile:  (415) 291-6305 |
| 10 | | sarah.guske@bakerbotts.com |
| 11 | | Wayne O. Stacy (*pro hac vice*) |
| 12 | | 2001 Ross Avenue, Suite 200<br>Dallas, TX 75201 |
| 13 | | Telephone: (214) 953-6678<br>Facsimile:  (214) 661-4678 |
| 14 | | wayne.stacy@bakerbotts.com |
| 15 | | *Attorneys for Defendant CISCO SYSTEMS, INC.* |
| 16 | | */s/ Nathaniel T. Browand w/ permission*<br>Mark C. Scarsi (SBN 183926) |
| 17 | | mscarsi@milbank.com<br>Ashlee Lin (SBN 275267) |
| 18 | | ashlee.lin@milbank.com<br>MILBANK, TWEED, HADLEY |
| 19 | | & McCLOY LLP |
| 20 | | 601 South Figueroa Street, 30th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 892-4459 |
| 21 | | Fax: (213) 629-5063 |
| 22 | | Nathaniel T. Browand*<br>nbrowand@milbank.com |
| 23 | | MILBANK, TWEED, HADLEY<br>& McCLOY LLP |
| 24 | | 28 Liberty Street<br>New York, NY 10005 |
| 25 | | Tel: (212) 530-5000<br>Fax:  (212) 530-5219 |
| 26 | | * admitted pro hac vice |
| 27 | | *Attorneys for Defendant,*<br>*Fujitsu Network Communications, Inc.* |
| 28 | | |

| UPDATED STATUS REPORT, STIPULATION AND<br>[PROPOSED] ORDER TO CONTINUE CMC | 3 | CASE NO.  3:14-03348-EMC |
|---|---|---|

| | |
|---|---|
| 1 | By: /s/ *J. Pieter van Es w/ permission* |
| | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 2 | COLIN T. KEMP (SBN 215408) |
| | colin.kemp@pillsburylaw.com |
| 3 | STEPHEN E. BERGE (SBN 274329) |
| | stephen.berge@pillsburylaw.com |
| 4 | 4 Embarcadero Center, 22nd Floor |
| | San Francisco, CA 94111 |
| 5 | Telephone: (415) 983-1000 |
| | Facsimile: (415) 983-1200 |
| 6 | |
| 7 | BANNER & WITCOFF, LTD. V. BRYAN MEDLOCK, JR.* |
| 8 | bmedlock@bannerwitcoff.com |
| | J. PIETER VAN ES (CBN 250524) |
| 9 | pvanes@bannerwitcoff.com |
| | THOMAS K. PRATT* |
| 10 | tpratt@bannerwitcoff.com |
| | TIMOTHY J. RECHTIEN* |
| 11 | trechtien@bannerwitcoff.com |
| | 10 South Wacker Drive, Suite 3000 |
| 12 | Chicago, IL 60606 |
| 13 | Telephone: (312) 463-5000 |
| | Facsimile: (312) 463-5001 |
| 14 | * admitted pro hac vice |
| 15 | ***Attorneys for Defendants Coriant Operations, Inc.*** |
| 16 | ***(formerly Tellabs Operations, Inc.) and Coriant (USA) Inc.*** |
| 17 | |
| | /s/ *Michelle P. Woodhouse w/ permission* |
| 18 | Michelle P. Woodhouse (Bar No. 260669) |
| | E-mail: michelle.woodhouse@lw.com |
| 19 | LATHAM & WATKINS LLP |
| | 140 Scott Drive |
| 20 | Menlo Park, CA 94025 |
| 21 | |
| | Matthew Moore* |
| 22 | E-mail: matthew.moore@lw.com |
| | Elizabeth Johnson* |
| 23 | E-mail: elizabeth.johnson@lw.com |
| | LATHAM & WATKINS LLP |
| 24 | 555 Eleventh Street, NW, Suite 1000 |
| | Washington, DC 20004 |
| 25 | 202-637-2200 |
| | Clement Naples* |
| 26 | E-mail: clement.naples@lw.com |
| 27 | |
| 28 | |

| UPDATED STATUS REPORT, STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC | 4 | CASE NO. 3:14-03348-EMC |

Chi Cheung*
E-mail: chi.cheung@lw.com
LATHAM & WATKINS LLP
885 Third Ave
New York, NY 10022
212-906-1200
* pro hac vice

*Attorneys for Defendant Ciena Corporation*

UPDATED STATUS REPORT, STIPULATION AND
[PROPOSED] ORDER TO CONTINUE CMC

5

CASE NO.  3:14-03348-EMC

1   Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Sarah J. Guske, attest
2   that concurrence in the filing of this document has been obtained from each of the other
3   signatories.  I  declare under penalty of perjury under the laws of the United States of America
4   that the foregoing is true and correct.
5   Executed September 15, 2016.
6                                                                        /s/ *Sarah J. Guske*

1  Pursuant to the Parties' stipulated request to continue the September 22, 2016 Case
2  Management Conference, and for good cause, it is so Ordered.
3    1.  The Case Management Conference is continued until March 20, 2017.
4    2.  The parties shall submit an updated joint status report on March 13, 2017.

6  Dated: _____

8  _____
9  HON. EDWARD CHEN
   UNITED STATES DISTRICT JUDGE